

**ORDERED in the Southern District of Florida on October 21, 2015.**

                                                                                 **Robert A. Mark, Judge**
                                                                                 **United States Bankruptcy Court**

___

```
           UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF FLORIDA
                 www.flsb.uscourts.gov
```

IN RE:                                                                   CASE NO: 14-33165-BKC-RAM
Rosaura Torres,
                                    DEBTOR(S).
_____/

<u>Order Granting Trustee's Ex-Parte Motion to Amend the Order
Confirming Second Amended Chapter 13 Plan dated September 24, 2015
(DE #66)</u>

THIS CASE came on before the Court ex-parte, it is
     ORDERED as follows:
     1.   The Ex-parte Motion to Amend the Order Confirming Second
          Amended Chapter 13 Plan dated September 24, 2015 is
          granted.
     2.   The Order Confirming Second Amended Chapter 13 Plan shall
          be amended so that all references in said Order to the
          Second Amended Chapter 13 Plan shall be changed to
          reference the "Third Amended" Chapter 13 Plan.
     3.   All other provisions of said order shall remain in full
          force and effect.
                                             ###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE,
P.O. BOX 279306, MIRAMAR, FL 33027-9306

NANCY K. NEIDICH, ESQUIRE is directed to mail a conformed copy of
this Order to all creditors and interested parties immediately upon
receipt thereof.