UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-33165-BKC-RAM

CHAPTER 13

IN RE:
ROSAURA TORRES
    Debtor.
_____/

**DEBTOR'S MOTION TO REQUEST STATE COURT FORECLOSURE CASE TO BE DISMISSED**

The Debtor, ROSAURA TORRES, moves this Honorable Court for an Order requesting the State Court Foreclosure case to be dismissed and states:

1. The Debtor is presently under the jurisdiction of the United States Bankruptcy Court pursuant to a Chapter 13 bankruptcy filed on October 17, 2014.

2. Reverse Mortgage Solutions Inc., holds a mortgage on the Debtor's property located at 13453 Southwest 62 Street, Unit 4, Miami, FL 33183.

3. On February 27, 2015, Reverse Mortgage Solutions Inc., filed a secured proof of claim, claim number 2, with an arrearage in the amount of $7,079.97.

4. The Debtor's Third Amended Chapter 13 Plan, [ECF 69] was confirmed on October 22, 2015, [ECF 71], which pays the arrearage in full, pursuant to Reverse Mortgage Solution's proof of claim.

5. After review of the Trustee's ledger, this Chapter 13 case has now been paid in full and the Debtor will soon be receiving a Discharge.

6. There is currently a foreclosure action pending in State Court, Miami-Dade County Civil Division, case number 2013-015740-CA-01.

7. The proof of claim filed by Reverse Mortgage Solutions Inc., has been paid in full.

WHEREFORE, based upon the above, undersigned requests an Order requiring the underlined state foreclosure case to be dismissed and any other relief this Court deems proper under the circumstances..

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Neidich, Trustee @ e2c8f01@ch13herkert.com, Bouavone Amphone, counsel for Reverse Mtg at bamphone@rasflaw.com, Ashley Prager Popowitz, counsel for Reverse Mtg at Ashley.popowitz@mrpllc.com and those set forth in the NEF and regular mail to Reverse Mortgage Solutions Inc., Attn: Bankruptcy Dept., 2727 Spring Creek Drive, Spring, TX 77373 and Reverse Mortgage Solutions, Inc., Attn: Christopher Mullins, President, 14405 Walters Road, Suites 110, 200, 300, 400, and 500, Houston, TX 77014 this 4th day of August 2016.

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217
Email- Pleadings@bkclawmiami.com

By  /s/ Michael J. Brooks
     Michael J. Brooks
     Florida Bar No. 434442