

ORDERED in the Southern District of Florida on October 5, 2016.

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-33165-BKC-RAM

CHAPTER 13

IN RE:

ROSAURA TORRES,
    Debtor.
_____/

### ORDER GRANTING IN PART AND DENYING IN PART DEBTOR'S MOTION TO REQUEST STATE COURT FORECLOSURE CASE TO BE DISMISSED

THIS CAUSE having come on to be heard at 9:00 a.m., on September 20, 2016, on the Debtor's Motion to Request State Court Foreclosure Case to be dismissed, [ECF 77], having heard argument of counsel, and based upon the record, it is,

**ORDERED**:

1. The Debtor's Motion to Request State Court Foreclosure Case to be dismissed, [ECF 77] is granted in part and denied in part.

2. The Debtor filed a Chapter 13 Bankruptcy on October 17, 2014.

3. The Debtor has made all payments required of her, pursuant to her confirmed Third Amended Chapter 13 Plan, [ECF 69]. This case was discharged on September 8, 2016 and the amount of the arrearage of $7,079.97 had been fully paid and Reverse Mortgage Solution Inc., acknowledges this payment, and all post-petition taxes and insurance, have been paid.

4. This Honorable Court DENIES Debtor's actual request to dismiss the State Court foreclosure proceeding.

5. This Court reserves jurisdiction to enforce the terms of the Debtor's Discharge.

# # #

Submitted by:
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

Copies furnished to:
Michael A. Frank, Esquire
Nancy Neidich, Trustee
Vanessa Torres, Esquire
Iris Kwon, Esquire

Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt thereof.